```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 12771
    SHARON M BUTLER
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-5430


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/01/2004 and was confirmed 05/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 12/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
ISAC                       UNSECURED       23104.48           .00        2310.45
AMERICASH LOANS LLC        UNSECURED         243.99           .00          24.40
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00            .00
BENNETT & DELONEY          NOTICE ONLY     NOT FILED          .00            .00
BLACK EXPRESSION           UNSECURED       NOT FILED          .00            .00
BLOCKBUSTER VIDEO 17424    UNSECURED       NOT FILED          .00            .00
CERTEGY PAYMENT RECOVERY   UNSECURED       NOT FILED          .00            .00
CERTEGY PAYMENT RECOVERY   UNSECURED       NOT FILED          .00            .00
CHARTER ONE                UNSECURED        1308.17           .00         130.82
CITY OF CHICAGO REVENUE    UNSECURED       NOT FILED          .00            .00
COMCAST                    UNSECURED       NOT FILED          .00            .00
CREDIT PROTECTION ASSOC    NOTICE ONLY     NOT FILED          .00            .00
DIVERSIFIED CONSULTANTS    NOTICE ONLY     NOT FILED          .00            .00
DOTS                       UNSECURED       NOT FILED          .00            .00
ENHANCED RECOVERY CORPOR   UNSECURED       NOT FILED          .00            .00
ESSENCE MAGAZINE           UNSECURED       NOT FILED          .00            .00
FERLEGER & ASSOC           NOTICE ONLY     NOT FILED          .00            .00
HEALTHCARE ASSOC CREDIT    UNSECURED       NOT FILED          .00            .00
IDT AMERICA                UNSECURED       NOT FILED          .00            .00
MCI RESIDENTIAL SERVICES   UNSECURED       NOT FILED          .00            .00
NATIONAL CHECK CONTROL     UNSECURED       NOT FILED          .00            .00
NORTHWEST PREMIUM SERVIC   UNSECURED       NOT FILED          .00            .00
OSI COLLECTION SERVICES    NOTICE ONLY     NOT FILED          .00            .00
PAYMENT CENTER             UNSECURED       NOT FILED          .00            .00
PENN CREDIT CORP           NOTICE ONLY     NOT FILED          .00            .00
PIONEER TELEPHONE          UNSECURED       NOT FILED          .00            .00
PROFFESSIONAL ACCOUNT MG   NOTICE ONLY     NOT FILED          .00            .00
AT & T BANKRUPCTY          UNSECURED         705.70           .00          70.57
SOUTH SHORE EMERGENCY PH   UNSECURED       NOT FILED          .00            .00
FERLEGER & ASSOC           FILED LATE         50.00           .00            .00
SOUTH SHORE RADIOLOGY      UNSECURED       NOT FILED          .00            .00
SPRINT                     UNSECURED       NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 12771 SHARON M BUTLER
```

```
T-MOBILE BANKRUPTCY       UNSECURED         866.29              .00           86.63
TALK COM                  UNSECURED      NOT FILED              .00             .00
TCF BANK                  UNSECURED      NOT FILED              .00             .00
TELECHECK                 NOTICE ONLY    NOT FILED              .00             .00
TELECHECK                 NOTICE ONLY    NOT FILED              .00             .00
TWIN AUTO REPAIR          UNSECURED      NOT FILED              .00             .00
ULTRA FOODS SVT           UNSECURED      NOT FILED              .00             .00
VARTEC TELECOM INC        UNSECURED      NOT FILED              .00             .00
VERIZON WIRELESS          UNSECURED      NOT FILED              .00             .00
WATERMARK PHYSICIANS SER  UNSECURED      NOT FILED              .00             .00
WEXLER & WEXLER           UNSECURED      NOT FILED              .00             .00
ZTEL COMMUNICATIONS INC   UNSECURED      NOT FILED              .00             .00
CITY OF CHICAGO PARKING   UNSECURED        2404.05              .00          240.41
LEGAL HELPERS PC          DEBTOR ATTY     1,150.00                         1,150.00
TOM VAUGHN                TRUSTEE                                            226.05
DEBTOR REFUND             REFUND                                             149.67

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          4,389.00

PRIORITY                                                         .00
SECURED                                                          .00
UNSECURED                                                   2,863.28
ADMINISTRATIVE                                              1,150.00
TRUSTEE COMPENSATION                                          226.05
DEBTOR REFUND                                                 149.67
                              ---------------        ---------------
TOTALS                           4,389.00                   4,389.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE